No. 963. UNITED STATES v. DONRUSS CO. C..A. 6th Cir. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Rogovin, Harris Weinstein, Meyer Rothwacks* and *Thomas Silk, Jr.,* for the United States. *Bernard J. Long, Richard L. Braunstein* and *Bernard J. Long, Jr.,* for respondent.

No. 1193. GLOVER ET AL. v. ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL. C. A. 5th Cir. Certiorari granted. *William M. Acker, Jr.,* for petitioners. *Paul R. Moody* for St. Louis-San Francisco Railway Co., and *Richard R. Lyman* and *Jerome A. Cooper* for Brotherhood of Railway Carmen of America, respondents.

No. 1201. SECURITIES AND EXCHANGE COMMISSION v. NATIONAL SECURITIES, INC., ET AL. C. A. 9th Cir. Certiorari granted. *Solicitor General Griswold, Daniel M. Friedman, Philip A. Loomis, Jr., David Ferber* and *Edward B. Wagner* for petitioner. *John P. Frank* for respondents.

No. 1207. SHUTTLESWORTH v. CITY OF BIRMINGHAM. Sup. Ct. Ala. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jack Greenberg, James M. Nabrit III, Norman C. Amaker, Charles Stephen Ralston, Melvyn Zarr, Anthony G. Amsterdam, Arthur D. Shores* and *Orzell Billingsley, Jr.,* for petitioner. *J. M. Breckenridge, Earl McBee* and *William C. Walker* for respondent.

No. 1451, Misc. KAISER v. NEW YORK. Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Peter L. F. Sabbatino* for petitioner. *William Cahn* for respondent.